**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LEVI S. MCCUISTION**                                                              **PLAINTIFF**
**ADC #139367**

**V.**                            **CASE NO.: 5:10CV00107 SWW/BD**

**RODRICK E. MALMAY, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, this 21st day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE