# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEVI S. MCCUISTION**                                                                       **PLAINTIFF**
**ADC #139367**

**V.**                         **CASE NO.: 5:10CV00107 SWW/BD**

**RODRICK E. MALMAY, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE